James Ricky MAULDIN *v.* STATE of Arkansas

CR 03-1197                                               128 S.W.3d 827

Supreme Court of Arkansas
Opinion delivered November 13, 2003

*Frank E. Shaw*, for appellant.

No response.

PER CURIAM. Appellant, James Ricky Mauldin, by and through his attorney, has filed a motion for rule on clerk. Attorney, Frank E. Shaw, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.